UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. ___1:23-mj-02021 Damian___

UNITED STATES OF AMERICA

v.

ERIC OSCAR LANDRAU MARQUEZ and
ROILBERTO LAMBERT PILETA,

    **Defendants.**
_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?  No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: _/s/ Jessica J. Ayer_
JESSICA J. AYER
Special Assistant United States Attorney
Court ID No. A5502916
99 N.E. 4th Street
Miami, FL 33132
Tel. No. (305) 510-8179
Fax No. (305) 536-4676
E-mail: Jessica.Ayer@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>ERIC OSCAR LANDRAU MARQUEZ and<br>ROILBERTO LAMBERT PILETA,<br>*Defendant(s)* | Case No. 1:23-mj-02021 Damian |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 5, 2023__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1324(a)(1)(A)(iv), (v)(I) | Encouraging or Inducing an Alien to Enter the United States;<br>Conspiracy to Encourage or Induce an Alien to Enter the United States |

This criminal complaint is based on these facts:

PLEASE SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Genesis Eusebio, Special Agent, HSI
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Face Time.

Date: 1/7/2023

_____
*Judge's signature*

City and state: Miami, Florida    Hon. Melissa Damian, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Genesis Eusebio, being duly sworn, do hereby depose and say:

## INTRODUCTION AND AGENT BACKGROUND

1. I am employed as a Special Agent ("SA") with the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"), Homeland Security Investigations ("HSI"), in Miami, Florida, and have been so employed since March 2019. I am currently assigned to the Human Smuggling Group, where I am responsible for conducting investigations of violations of the Immigration and Nationality Act and related federal criminal statutes as contained in the United States Code. Prior to my employment with HSI, I was employed with U.S. Customs and Border Protection ("CBP"), also a component of DHS, from May 2016 through March 2019. I have completed the Criminal Investigator Training Program, HSI Special Agent Training Program, and the CBP Officer Basic Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. This comprehensive training in multiple disciplines included proper investigative techniques and the application for and execution of search, arrest, and seizure warrants for violations of federal laws, including but not limited to violations of the Immigration and Nationality Act.

2. The statements contained in this Affidavit are based upon my own personal knowledge gathered during my participation in this investigation, my previous training and experience, other State and Federal law enforcement officers and agents, interviews, and written reports. Because this Affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me or other law enforcement officers or agents involved in this investigation. I have set forth only the facts that I believe are necessary to establish probable cause.

1

3. I submit this Affidavit in support of a criminal complaint charging Eric Oscar Landrau Marquez ("LANDRAU") and Roilberto Lambert Pileta ("LAMBERT") with the following federal offenses: encouraging and inducing aliens to come to, enter, and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, and residence is and will be in violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv), and conspiring to do so, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I).

**PROBABLE CAUSE**

4. On January 5, 2023, CBP Air and Marine Operations (AMO) personnel reported flying over a target of interest approximately 16 nautical miles (NM) west of Bimini Island, Bahamas, heading west. The aircraft monitored the progress of the vessel until it crossed the Florida Straits into U.S. territorial waters. A CBP AMO coastal interceptor vessel arrived on scene and the migrant vessel came to a stop approximately 10 NM Southeast of Key Biscayne, FL. The U.S. Coast Guard arrived on scene and reported that the vessel was a 24ft Aqua sport with 17 persons on board, which included 2 suspected smugglers (1 Cuban adult, LAMBERT, and 1 U.S. citizen adult, LANDRAU) and 15 suspected migrants. At various times, CBP AMO and U.S. Coast Guard personnel observed LAMBERT AND LANDRAU operating the vessel.

5. All 17 persons and the vessel itself were transported to a U.S. Coast Guard facility in Miami Beach. The persons were then transported to a Border Patrol facility for processing. HSI Miami responded to investigate. Agents checked the biometrics of all 17 persons. The results of the checks confirmed that 16 of the 17 persons did not have visas or were not otherwise authorized to enter the United States on or about January 5, 2023 and the 17th person, LANDRAU, was identified as a United States citizen.

6. During post-Miranda interviews, LANDRAU stated that he agreed to do repairs on the suspect vessel's engine. LANDRAU stated that on January 5, 2023, he and LAMBERT took the vessel out to sea to test-drive it after the repairs. LANDRAU stated the seas were calm, so he was able to accelerate and once LANDRAU noticed LAMBERT was going further out to sea, LAMBERT stated he must continue to Bimini, Bahamas. LANDRAU stated he had no knowledge that the purpose of the trip to Bimini was to pick up migrants and smuggle them into the United States. During a consensual search of LANDRAU's electronic devices, agents discovered conversations between LANDRAU and an unknown subject discussing the need to pick up 15 people in order to continue business with the specific organization. LANDRAU stated he knew it was illegal to smuggle persons into the United States.

7. During a different post-Miranda interview, LANDRAU gave a different account. LANDRAU stated that he met LAMBERT a few days prior to January 5, 2023, in the vicinity of the Miami River, while performing mechanical work. On the day prior to the interdiction, LANDRAU said he went out with LAMBERT to conduct a power trial. During the power trial, LAMBERT proposed that LANDRAU assist him as a mechanic during the transit from Blackpoint Marina in Miami, Florida, to Bimini, Bahamas, as part of a human smuggling venture. LANDRAU also claimed that he never directly communicated with LAMBERT, and was instead directed by a third-party to meet LAMBERT in person.

8. During a post-Miranda interview, LAMBERT stated that he departed Cuba and arrived in the Bahamas on or about December 20, 2022. On or about December 27, 2022, LAMBERT stated he was successfully smuggled into the United States without proper documentation that would allow him to enter, transit through, or remain in the United States. LAMBERT stated he was approached by the same smugglers who delivered him to the United

States, and was given an opportunity to learn and get involved in human smuggling. LAMBERT admitted that he willfully traveled to the Bahamas to pick up the 15 migrants and bring them to the United States. LAMBERT stated he knew it was illegal to smuggle persons into the United States. LAMBERT stated he had not applied for any documents that would allow him to be legally present in the United States.

## CONCLUSION

9. Based on the foregoing facts, I respectfully submit that there is probable cause to believe that LANDRAU and LAMBERT did violate Title 8, United States Code, Section 1324(a)(1)(A)(iv) and (v)(I).

**FURTHER AFFIANT SAYETH NAUGHT.**

GENESIS EUSEBIO, SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS

Attested to by the applicant in accordance
with the requirements of Fed. R. Crim. P. 4.1
by FaceTime this 7th day of January 2023.

HON. MELISSA DAMIAN
UNITED STATES MAGISTRATE JUDGE